**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| STATE FARM LIFE<br>INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP EDWARD HOOKS, AS<br>EXECUTOR OF THE ESTATE OF<br>NORMA WHERRY (DECEASED);<br>BRENDA PRUITT LEVELLS,<br>INDIVIDUALLY AND AS GUARDIAN OF<br>M. L. J. L. AND J. L., MINORS; JEROME<br>LEAKE, INDIVIDAULLY AND AS<br>GUARDIAN OF M. L., J. L. AND J. L.,<br>MINORS; AND RAYMOND W JORDAN,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 5:07-CV-00109-RWS |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Mya Leake's Motion Request to Release Funds (Dkt. No. 66) is **DENIED**.

**SIGNED** this 9th day of February, 2017.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE